IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANA BOWMAN, *Individually and on behalf of all others similarly situated, et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-13-1697 |
| HEI HOUSTON WESTHEIMER LLC, d/ba/ Aloft Houston, | § § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. ///), this action is dismissed.

SIGNED on October 10, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge